FRANK A. DEPTULA, PLAINTIFF-RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, A CORPORATION. DEFENDANT-APPELLANT.

Argued February 14, 1933—Decided April 28, 1933.

516

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellant.

*Messrs. Degheri & Ormsby (Mr. Edward A. Markley, Mr. Bernard M. Degheri* and *Mr. Alexander F. Ormsby,* of counsel), for the respondent.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.